IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–03–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PATRICIA ANN YASENAK, | |
| Defendant. | |

Before the Court is Defendant Patricia Ann Yasenak's Unopposed Motion to Appear by Zoom. (Doc. 70.) The motion requests leave for Ms. Yasenak to appear by Zoom at the hearing set for June 1, 2022 because of mobility issues related to a recent neck injury and ongoing surgery recovery. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 70) is GRANTED. Ms. Yasenak may appear via Zoom at the hearing. The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

1

DATED this 1st day of June, 2022.

_____
Dana L. Christensen, District Judge
United States District Court