IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA ANN YASENAK,<br><br>Defendant. | CR 16–03–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Patricia Ann Yasenak's Unopposed Motion to Allow Witness to Appear via Zoom.  (Doc. 102.)  The motion requests leave for Danielle Bertram, APRN to appear via Zoom, and the United States does not object.  (*Id.* at 1.)

IT IS ORDERED that the motion (Doc. 102) is GRANTED.  Ms. Bertram may appear via Zoom at the hearing.  The Clerk of Court shall notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing.  Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 27th day of October, 2022.

Dana L. Christensen, District Judge
United States District Court

1