# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICIA ANN YASENAK,<br><br>Defendant. | CR 16-03-BU-DLC<br><br>**ORDER** |

Before the Court is Defendant Patricia Ann Yasenak's Notice of Surgery and Request to Reset Self-Surrender Date. (Doc. 107). The Motion requests the Defendant's self-surrender date to be reset which would allow her to obtain a surgery scheduled for January 13, 2023. Resetting Defendant's self-surrender date will allow her to have the necessary surgery scheduled for January 13, 2023 and also allow Ms. Yasenak to recover as requested by her doctors.

This Motion is unopposed.

Accordingly, IT IS ORDERED that the Motion (Doc. 107) is GRANTED. Defendant's self-surrender date has been reset to March 3, 2023 to FDC SEATAC.

DATED this 15th day of December, 2022.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1